# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00076-CV

### Kevin Bierwirth, Appellant

### v.

### Federal National Mortgage Association a/k/a Fannie Mae, Appellee

---

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 12-1685-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Kevin Bierwirth provided this Court with notice of his filing for bankruptcy (*In re: Kevin L. Bierwirth*, United States Bankruptcy Court, Western District of Texas, Austin Division, Chapter 7, Cause No. 13-11730D). Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362(a); Tex. R. App. P. 8.2. Any party may file a motion to reinstate upon the occurrence of an event that allows the appeal to proceed. *See* Tex. R. App. P. 8.3(a).

Before Justices Puryear, Rose, and Goodwin

Bankruptcy

Filed: October 24, 2013